**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| GARY DEFRANCESCO, | ) ) ) | |
| Plaintiff, | ) ) | Case No.06-58-DRH |
| v. | ) ) ) | |
| FIRST HORIZON HOME LOAN CORPORATION, and DOES 1-5, | ) ) ) | |
| Defendants. | ) ) ) | |

**O R D E R**

Motion of Defendant for leave to file Reply in Support of Motion to Transfer Venue Out of Time IS HEREBY GRANTED. First Horizon Home Loan Corporation is granted leave to file said pleading upon entry of this Order.

DATED this 7th day of July, 2006.

/s/         David   RHerndon
UNITED STATES DISTRICT JUDGE