IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY DEFRANCESCO,**

**Plaintiff,**

**v.**

**FIRST HORIZON HOME LOAN
CORPORATION and DOES 1-5,**

**Defendants.**                                                            No. 06-0058-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's unopposed motion to extend deadlines (Doc. 29). Specifically, Plaintiff moves the Court to extend all deadlines set forth in the Court's June 6, 2006 Order, with the exception of the Settlement Conference set for April 9, 2007, for a period of 60 days to formalize the parties' settlement agreement. Said motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 17th day of January, 2007.

/s/      David RHerndon
**United States District Judge**