IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY DEFRANCESCO,**

**Plaintiff,**

**v.**

**FIRST HORIZON HOME LOAN CORPORATION and DOES 1-5,**

**Defendants.**                                              No. 06-0058-DRH

## ORDER

**HERNDON, District Judge:**

On March 9, 2007, the parties filed a stipulation of dismissal (Doc. 32). Specifically, the parties stipulate to dismiss Plaintiff's individual claims and Defendant's counterclaims against Plaintiff with prejudice and dismiss without prejudice Plaintiff's class claims. The Court **ACKNOWLEDGES** the parties' stipulation and **DISMISSES with prejudice** Plaintiff's individual claims and Defendant's counterclaim against Plaintiff and **DISMISSES without prejudice** Plaintiff's class claims. The Court will close the case.

**IT IS SO ORDERED.**

Signed this 12th day of March, 2007.

/s/      David    RHerndon
**United States District Judge**